IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02379-WDM-MJW

STEVEN ESRICK and
KIKI ESRICK,

    Plaintiffs,

v.

DENNIS MITCHELL,
KIM BURNETTE a/k/a KIM BURNETTE MITCHELL,
KIMBERDEN FARM, INC., a Florida corporation, and
M.D. LOKAI,

    Defendants.

## ORDER OF TRANSFER

Miller, J.

This matter is before me on the Plaintiffs' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (doc no 8), which Defendants do not oppose. Having reviewed of the parties' filings, I agree that transfer is warranted under the facts and circumstances of this case.

Accordingly, it is ordered:

1. The motion to transfer (doc no 8) is granted.

2. All other pending motions are denied without prejudice to refiling if proper in the new venue.

3. This case shall be transferred to the United States District Court for the Middle

District of Florida, Ocala Division.

DATED at Denver, Colorado, on January 3, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

2